IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**MICHAEL HEATH THETFORD,**
**ANGEL CENTENO-MORALES,**
**NELSON R. ZAPATA-VICENTE,**

                Plaintiffs,

v.

**UNITED STATES OF AMERICA,** *et al.,*

                Defendants.

Civil Action No. 1:20-CV-82
(JUDGE KLEEH)

## REPORT AND RECOMMENDATION RECOMMENDING PLAINTIFF'S MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM [ECF NO. 20] BE DENIED

This matter is before the undersigned pursuant to a referral order [ECF No. 7] entered by Honorable United States District Judge Thomas S. Kleeh on May 4, 2020. On May 14, 2020, Plaintiff Michael Heath Thetford filed a Motion styled "Motion for Writ of Habeas Corpus Ad Testificandum [for] Production of Incarcerated Witnesses." [ECF No. 20]. By this motion, Plaintiff requests that he and several other inmates in federal institutions be produced to allow for their testimony. Plaintiff asks for this relief in support of his request for temporary injunction in his Complaint. [ECF No. 1-1 at 45].

By previous Report and Recommendation dated June 2, 2020 [ECF No. 25], the undersigned acknowledged this pending motion by Plaintiff. Further, the prior Report and Recommendation specifically recommended the denial of a companion motion by Plaintiff [ECF No. 5] for a temporary restraining order ("TRO").

Plaintiff's pending Motion for Writ of Habeas Corpus Ad Testificandum is predicated on a similar request for equitable, temporary relief as his motion for a TRO. Thus, as the undersigned's prior Report and Recommendation [ECF No. 25] recommends denial of Plaintiff's

1

pending motion for TRO, the undersigned by the instant Report and Recommendation **RECOMMENDS** that Plaintiff's pending Motion for Writ of Habeas Corpus Ad Testificandum [ECF No. 20] be **DENIED as moot**.

Any party have fourteen (14) days (filing of objections) and then three days (mailing/service) from the date of the filing of this Report and Recommendation to file with the Clerk of the Court **specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.** A copy of such objections should also be submitted to the Honorable Thomas Kleeh, United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to timely file written objections to the Report and Recommendation as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Court directs the Clerk of the Court to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED**: November 3, 2020

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE